# HELBRAUN | LEVEY

August 26, 2024

**VIA ECF**

Magistrate Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

**Re:** *Willy Utomo, on behalf of himself and others similarly situated v. JDBN LLC d/b/a Domodomo, Jae Hyun Park, and Brian Kim*
**Case No. 1:24-cv-04000-JPO-RFT**

Your Honor:

    This firm represents Defendants JDBN LLC d/b/a Domodomo, Jae Hyun Park, and Brian Kim (the "Defendants") in the above-referenced Action. Plaintiff Willy Utomo, on behalf of himself and others similarly situated (the "Plaintiff") filed the complaint on May 24, 2024 (the "Complaint"). A prior extension was granted on June 13, 2024, extending Defendants' time to respond to the Complaint to August 26, 2024. We write this letter motion in accordance with Rules I(E) of Your Honor's Individual Practices in Civil Cases to respectfully request that a second adjournment and extension of time for Defendants to answer or otherwise respond to the Complaint, be extended through and including September 18, 2024. Plaintiff consents to Defendants' request for an extension, as Plaintiff and Defendants are currently and actively negotiating the enforceability of the arbitration agreement.

    This is Defendants' second request to extend their time to respond to the Complaint.

                                    Respectfully submitted,

                                    */s/ Melissa L. Greenberg*
                                    */s/ Brianne E. Murphy*
                                    Melissa L. Greenberg, Esq. (5359849)
                                    Brianne E. Murphy, Esq. (4697645)

cc:     All counsel (via ECF)