UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLY UTOMO, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>   -against-<br><br>JDBN LLC, et al.,<br><br>                        Defendants. | 24-CV-4000 (JPO)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       This action is scheduled for a telephonic status conference on **August 29, 2024**, at **2:00 PM**. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 450 714 689#**.

       If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  August 27, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge