UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLY UTOMO, on behalf of himself and others similarly situated,

                Plaintiff,

-v-

JDBN LLC d/b/a DOMODOMO, *et al.*,

                Defendants.

24-CV-4000 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the Plaintiff has voluntarily dismissed this action without prejudice. (ECF No. 17.) Because the parties have clarified that no settlement has been reached in this Fair Labor Standards Act case, and the Plaintiff has agreed to proceed in arbitration (ECF No. 19), the Court dismisses this case without prejudice.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: September 25, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge